UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE TRAVIS #694673,

    Plaintiff,

v.

                    Case No. 1:23-cv-830

GRETCHEN WHITMER, et al.,
                    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Heidi Washington and Gretchen Whitmer filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 18, 2024, recommending that this Court grant the motion as to Defendant Washington and deny the motion as to Defendant Whitmer. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 11) is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Washington are DISMISSED. The claims against Defendant Whitmer remain pending.

Dated: December 19, 2024                     /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge