UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE TRAVIS #694673,

    Plaintiff,

v.

    Case No. 1:23-cv-830

    HONORABLE PAUL L. MALONEY

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Michigan Governor Gretchen Whitmer filed a motion to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 28, 2025, recommending that this Court grant the motion and dismiss without prejudice Plaintiff's claims against Unknown Party #1 ("unknown medical employees MDOC") and Unknown Party #2 ("psychiatrist/psychologist Et Al"). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 19) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Unknown Party #1 ("unknown medical employees MDOC") and Unknown Party #2 ("psychiatrist/psychologist Et Al") are DISMISSED WITHOUT PREJUDICE.

2

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  August 27, 2025                                                             /s/  Paul L. Maloney
                                                                                                    Paul L. Maloney
                                                                                                    United States District Judge