UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE TRAVIS #694673,

     Plaintiff,

                                    Case No.  1:23-cv-830

v.

                                    HONORABLE PAUL L. MALONEY

GRETCHEN WHITMER, et al.,

     Defendants.

_____/

## **<u>JUDGMENT</u>**

    In accordance with the Order entered on this date:

    **IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  August 27, 2025                  /s/  Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge